# United States District Court

**SOUTHERN**          DISTRICT OF          **TEXAS**

McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| **V.** | **CRIMINAL COMPLAINT** |
| **Armando Rodriguez-Chavez**  *PRINCIPAL* | |
| YOB: 1964 | Case Number: |
| **Mexico** | **M-16-1294-M** |

United States District Court
Southern District of Texas
FILED

JUL 0 8 2016

. **Clerk of Court**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____**July 6, 2016**_____ in _____**Hidalgo**_____ County, in the _____Southern_____ District of _____Texas_____ defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Silvestre Capir-Capir, a citizen of Guatemala, and Rodolfo Cordova-Pereda, a citizen of Mexico, along with five (5) other undocumented aliens, for a total of seven (7), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Sullivan City, Texas,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(ii)___  **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On July 6, 2016, at approximately 9:00 am, Border Patrol agents R. Alvarez and C. Bielawski, working in an unmarked unit in Los Ebanos, Texas, approximately ¼ mile north of the Rio Grande River, observed several subjects exit the brush and board a Chrysler Pacifica. The Pacifica had pulled over on the side of the road in an area where several trails exit the brush onto the road. Agents Alvarez and Bielawski called out the description of the vehicle to marked units which were able to locate it immediately.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   ☒Yes  ☐No

OK to file, TWT

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**July 8, 2016**
Date

at  **McAllen, Texas**
City and State

**Frediberto Hernandez    Senior Patrol Agent**
Printed Name of Complainant

**Dorina Ramos** , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-16-1294-M**

RE:     **Armando Rodriguez-Chavez**

### CONTINUATION

As Agents A. Jimenez and J. Martinez drove behind the vehicle, they saw several subjects attempting to duck down and conceal themselves. Agents conducted a vehicle stop on the Pacifica in the northbound lane of El Faro Road, approximately 1 mile south of Expressway 83 in Sullivan City, Texas.

The vehicle came to a stop near the intersection of El Faro Road and Palo Blanco Street. As agents approached the vehicle, the driver, later identified as Armando RODRIGUEZ-Chavez, sped off into a nearby neighborhood. DPS, who had arrived to assist, pursued the vehicle behind a residence where RODRIGUEZ attempted to abscond into the neighborhood.

Additionally, RODRIGUEZ left the vehicle in drive and allowed the Pacifica to crash into a cinderblock wall. DPS Trooper J. Hallock III apprehended the RODRIGUEZ a short distance from the vehicle.

Several of the smuggled aliens also attempted to abscond into the nearby brush, but were apprehended with the help of Air Operations.

RODRIGUEZ and the rest of the people that fled from, or, were still in the Pacifica, all claimed to be illegally in the United States.

**PRINCIPAL'S STATEMENT:**

RODRIGUEZ was advised of his rights. He stated he understood his rights and declined to speak without the presence of a lawyer.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

**1-** Silvestre Capir-Capir, a citizen of Guatemala, stated he was charged $6,000 (USD) to be smuggled into the United States. After illegally crossing the Rio Grande River, the foot guide pointed to the vehicle, and told them to board. After he boarded, Capir heard the driver tell them to get down because Border Patrol was behind them. According to Capir, he was sitting in the front passenger seat and witnessed the driver flee the vehicle with the vehicle still in drive. Capri identified RODRIGUEZ in a photo lineup as the driver of the vehicle.

**2-** Rodolfo Cordovoa-Pereda, a citizen of Mexico, stated he was charged $750 (USD) to be smuggled into the United States. A person from within the group knew which vehicle to board. Once inside the vehicle, the driver told them to lay down so they could all fit. After being pulled over, the driver yelled an expletive, and ran from the vehicle. Cordova identified RODRIGUEZ in a photo lineup as the driver of the vehicle.